IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BERNARD KRETLOW,

    Plaintiff,

v.

TARRELL WASHINGTON,

    Defendant.

JUDGMENT IN A CIVIL CASE

16-cv-582-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for plaintiff Bernard Kretlow's failure to state a claim upon which relief may be granted.

/s/                                            2/28/2017

Peter Oppeneer, Clerk of Court                Date